956

petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, and *Kenneth C. Proctor,* Assistant Attorney General, for respondent.

No. 654. UNITED STATES *v.* MARR, ADMINISTRATRIX, ET AL. Court of Claims. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Eugene Meacham* for Marr; and *Nicholas J. Chase* for Littlejohn, respondents.

No. 671. WASHINGTON ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank D. Reeves, B. Dabney Fox* and *William B. Harris* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 673. TERMINAL RAILROAD ASSOCIATION OF SAINT LOUIS *v.* BARNETT. C. A. 8th Cir. Certiorari denied. *Richard Wayne Ely* for petitioner.

No. 677. NEEMAN (FORMERLY CONKLIN) *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Lawrence R. Condon* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, L. W. Post* and *John R. Benney* for respondent.

No. 678. WILLIAMS *v.* RANKIN, ARKANSAS COMMISSIONER OF STATE LANDS. Supreme Court of Arkansas. Certiorari denied. *Bruce T. Bullion* for petitioner. *Tom Gentry,* Attorney General of Arkansas, and *Lamar Wil-*

*liamson,* Special Assistant to the Attorney General, for respondent.

No. 682. COOPER *v.* PEAK ET AL. Supreme Court of Alabama. Certiorari denied. *Walter J. Knabe* for petitioner. *Douglas Arant* for Peak, respondent.

No. 686. TEAMSTERS & TRUCK DRIVERS LOCAL No. 164, AMERICAN FEDERATION OF LABOR, ET AL. *v.* WAY BAKING CO. Supreme Court of Michigan. Certiorari denied. *David Previant* and *George S. Fitzgerald* for petitioners. *Maxwell F. Badgley* and *David W. Kendall* for respondent.

No. 689. HALPERT, TRUSTEE IN BANKRUPTCY, *v.* ENGINE AIR SERVICE, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Max Schwartz* for petitioner. *James G. Moore* for respondents.

No. 692. ALLEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *David A. Fall* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States.

No. 701. CAPITOL MOTOR COURTS ET AL. *v.* LEBLANC CORPORATION ET AL. C. A. 2d Cir. Certiorari denied. *George C. Levin, Sydney Krause* and *George J. Hirsch* for petitioners. *Robert G. Zeller* for Rosenthal, Trustee, *Carlos L. Israels* for the LeBlanc Corporation et al., and *Leonard G. Bisco* for Hailparn et al., respondents.